```
Court Name: United States District Court
Division: 1
Receipt Number: 14683051293
Cashier ID: sbrown
Transaction Date: 05/08/2015
Payer Name: SAMANTHA R SANDFORT
```

CIVIL FILING FEE
 For: SAMANTHA R SANDFORT
 Amount:         $400.00

CREDIT CARD
 Amt Tendered:  $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
115CV600